October 25, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

CITY OF GALENA PARK; DANNY P. SIMMS, CRUZ R. HINOJOSA, JR., MARICELA SERNA, AND JUAN FLORES, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE GALENA PARK CITY COMMISSION; ROBERT PRUETT, IN HIS OFFICIAL CAPACITY AS CITY ADMINISTRATOR OF THE CITY OF GALENA PARK; MAYRA GONZALES, IN HER OFFICIAL CAPACITY AS CITY SECRETARY OF THE CITY OF GALENA PARK; JIM DEFOYD, IN HIS OFFICIAL CAPACITY AS CITY ATTORNEY OF THE CITY OF GALENA PARK; AND ESMERALDA MOYA, IN HER OFFICIAL CAPACITY AS MAYOR OF THE CITY OF GALENA PARK, APPELLANTS

NO. 14-15-00708-CV                     V.

BARRY PONDER, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee Barry Ponder, signed August 17, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for further proceedings in accordance with the court's opinion.

      We further order that all costs incurred by reason of this appeal be paid by appellee Barry Ponder.

      We further order this decision certified below for observance.